MEMO ENDORSED



**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Daniel Gomez-Sanchez
Shareholder
631.247.4713 direct
631.247.4700 main
631.824.9249 fax
dsgomez@littler.com

July 17, 2023

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   _Blake v. Parkview Operating Co., LLC, d/b/a Westchester Center for Rehabilitation & Nursing_
      23-cv-04461 (PAE)(OTW)

Dear Magistrate Judge Wang:

This firm represents Parkview Operating Co., LLC, d/b/a Westchester Center for Rehabilitation & Nursing, in the above-referenced action.  We write, with the consent of Plaintiff's counsel, to respectfully request an adjournment of the Initial Conference, currently scheduled for July 25, 2023, and to request a referral of this matter to the Court's mediation program.

The adjournment is being requested because the Parties are currently involved in discussions concerning resolution of this matter and would prefer the additional time to further invest in these discussions and believe that referral to the Court's mediation program will further aide in reaching a resolution.  This is the Parties' first request for an adjournment of the Initial Conference. In the event mediation is unsuccessful, the Parties will inform the Court and provide at least two alternative dates for the Initial Conference that fall in consecutive weeks, as per Your Honor's Individual Rules.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ _Daniel Gomez-Sanchez_

Daniel Gomez-Sanchez
Paul Carruthers
cc:     All attorneys of record (via ECF)
4864-9030-7435.2 / 104259-1040

**SO ORDERED:**

Application GRANTED.
The July 25, 2023 conference is adjourned.

_____
**Ona T. Wang**          7/20/23
United States Magistrate Judge