# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

October 3, 2023

Via ECF

Hon. Ona T. Wang, USMJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

<u>Re: Blake v. Parkview Operating Co., LLC</u>
Case No.  23-CV-04461 (PAE)(OTW)
**Motion for Extension of Time**

Dear Magistrate-Judge Wang:

    My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the October 3, 2023, deadline for the parties to file a status report concerning the mediation in this matter. This request is being made because some additional time is needed for the parties to confer – I reached out to defense counsels prior to this deadline but have not yet heard back.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq.

**cc:**  Defense Counsel via ECF

**Application GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang          10/4/23
U.S.M.J.

1