

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Daniel Gomez-Sanchez
Shareholder
631.247.4713 direct
631.247.4700 main
631.824.9249 fax
dsgomez@littler.com

October 10, 2023

**MEMO ENDORSED.**

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Blake v. Parkview Operating Co., LLC, d/b/a Westchester Center for Rehabilitation & Nursing*
        23-cv-04461 (PAE)(OTW)

Dear Magistrate Judge Wang:

This firm represents defendant Parkview Operating Co., LLC, d/b/a Westchester Center for Rehabilitation & Nursing, in the above-referenced action. We write, jointly with Plaintiff's counsel, to respectfully request an additional two-week extension to submit the joint status report regarding the mediation of this matter (i.e., October 24, 2023). This is the Parties second request for an extension of time to submit the joint status report.

The Parties are currently still conferring about a possible resolution of this matter and need the additional time to continue the discussions.

littler.com

Honorable Ona T. Wang
October 10, 2023
Page 2

We thank the court for its time and consideration of this request.

Respectfully submitted,

/s/ *Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez
Paul Carruthers

cc: All attorneys of record (via ECF)

4862-2395-2260.1 / 104259-1040

Application **GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang            10/11/23
U.S.M.J.