

Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY 11747

Paul Carruthers
631.247.4740 direct
631.247.4700 main
631.824.9249 fax
pcarruthers@littler.com

October 25, 2023

**MEMO ENDORSED.**

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>Blake v. Parkview Operating Co., LLC, d/b/a Westchester Center for Rehabilitation & Nursing</u>
23-cv-04461 (PAE)(OTW)

Dear Magistrate Judge Wang:

This firm represents defendant Parkview Operating Co., LLC, d/b/a Westchester Center for Rehabilitation & Nursing, in the above-referenced action. We write, jointly with Plaintiff's counsel, to respectfully request an additional one-week extension to submit the joint status report regarding the mediation of this matter (i.e., November 1, 2023). This is the Parties third request for an extension of time to submit the joint status report.

The Parties are currently still conferring about a possible resolution of this matter and need the additional time to continue the discussions.

Application **GRANTED. NO FURTHER EXTENSIONS.**

**SO ORDERED.**

_____
Ona T. Wang         10/26/23
U.S.M.J.

littler.com

Honorable Ona T. Wang
October 25, 2023
Page 2

We thank the court for its time and consideration of this request.

Respectfully submitted,

/s/ *Paul A. Carruthers*

Paul Carruthers
Daniel Gomez-Sanchez

cc: All attorneys of record (via ECF)

4869-0350-2474.1 / 104259-1040

littler.com