# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

November 14, 2023

Via ECF

**MEMO ENDORSED.**

Hon. Ona T. Wang, USMJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

Re: **Blake v. Parkview Operating Co., LLC**
Case No. 23-CV-04461 (PAE)(OTW)
**Motion to Adjourn Conference**

Dear Magistrate-Judge Wang:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week adjournment of the November 16, 2023 pre-settlement conference in this matter. This request is being made because after today's filings, there were some meaningful settlement discussions between counsels for the parties and the additional time is needed to further confer with clients in an effort to get this matter resolved. No prior request for an adjournment of this conference was made.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

cc: Defense Counsel via ECF

Application **GRANTED.** The pre-settlement conference call scheduled for November 16, 2023 is **ADJOURNED** to **Thursday, December 7, 2023 at 2:00 p.m.**

**SO ORDERED.**

_____
Ona T. Wang          11/15/23
U.S.M.J.

1